UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND
APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND; TRUSTEES OF THE
NEW YORK CITY CARPENTERS RELIEF
AND CHARITY FUND; and
CARPENTER CONTRACTOR ALLIANCE
OF METROPOLITAN NEW YORK,

                    Petitioners,                    22 **CIVIL** 10419 (JHR)

     -against-                                        **JUDGMENT**

ROBERT S. INTERIORS, INC.,

                    Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 19, 2024, the Petition to confirm arbitration is granted. Judgment is hereby entered in favor of Petitioners, consisting of (i) the arbitration award of $950,636.10, plus pre-judgment interest calculated at 6.75% per annum from September 22, 2022 through entry of this Judgment in the amount of $122,534.39; (ii) $1,492 in attorneys' fees and costs related to bringing this action; and (iii) post-judgment interest which shall accrue at the statutory rate pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

Dated: New York, New York
         August 19, 2024

                                                                  DANIEL ORTIZ
                                                              Acting Clerk of Court

                                                BY: _____
                                                                   Deputy Clerk